**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **WILLIE LEE BROWN,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **5:04CV277 (DF)** |
| | : | |
| **ROSE WILLIAMS,** | : | |
| | : | |
| **Respondent.** | : | |

**O R D E R**

This order hereby adopts and incorporates the Report and Recommendation that United States Magistrate Judge Claude W. Hicks, Jr. entered in this case on May 27, 2005. The Magistrate Judge recommended dismissing Petitioner's habeas corpus petition for failure to respond to the court's order and granting Respondent's motion to dismiss as it was uncontested. Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

Accordingly, Respondent's Motion to Dismiss is hereby **GRANTED**.

SO ORDERED, this 17th day of June, 2005.


s/Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/has